EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 25 |
| Derrick J. Rodríguez Morales | 173 DPR \_\_\_\_ |

Número del Caso: AB-2006-330

Fecha: 11 de enero de 2008

Materia: Conducta Profesional
(La suspensión del abogado advino final y firme el día 27 de febrero de 2008).

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Derrick J. Rodríguez Morales

AB-2006-330

PER CURIAM

San Juan, Puerto Rico, a 11 de enero de 2008

El 30 de noviembre de 2006, la Secretaria de este Tribunal curso comunicación al abogado Derrick J. Rodríguez Morales mediante la cual le informó, y le incluyó copia, de una queja contra él presentada por el Sr. Andrew R. Halko, concediéndole el término de diez (10) días para que se expresara sobre la misma.

Dicha comunicación fue devuelta por el correo por no haber sido reclamada, enviándosele a dicho abogado una segunda notificación el 29 de diciembre de 2006. Éste solicitó, mediante escrito fechado 18 de enero de 2007, una breve prórroga de diez (10) días la cual le fue concedida.

Mediante Resolución de 8 de junio de 2007, y en vista de la incomparecencia del abogado, le concedimos el término de diez (10) días para contestar la queja contra él presentada. Le apercibimos en esa ocasión que el incumplimiento con dicha Resolución podría conllevar sanciones disciplinarias severas, incluyendo la suspensión al ejercicio de la profesión. Dicha Resolución le fue notificada personalmente a Rodríguez Morales el 19 de junio de 2007. Al día de hoy no ha comparecido.

I

En reiteradas ocasiones hemos expresado que el compromiso de todo abogado de mantener y contribuir a un orden jurídico íntegro y eficaz, con el propósito de lograr la más completa confianza y apoyo de la ciudadanía, se extiende no sólo a la esfera de la litigación de causas, sino también a la jurisdicción disciplinaria de este Tribunal. *In re* Cuevas Vélez, 157 D.P.R. 159 (2002); *In re* Ríos Acosta, 143 D.P.R. 128 (1997). Asimismo, hemos sido enfáticos al señalar que la naturaleza pública de la profesión de abogado le impone a la clase togada la obligación de observar rigurosamente los requerimientos de este Tribunal, particularmente cuando se trata de asuntos disciplinarios sometidos ante nuestra consideración. *In re* Vázquez Santiago, 155 D.P.R. 926 (2001).

En ese sentido es importante resaltar que el incumplimiento por parte de un abogado con las órdenes

emitidas por este Tribunal dentro del procedimiento disciplinario, <u>constituye una falta ética separada y distinta a los méritos de la queja, que conlleva la imposición de sanciones disciplinarias severas.</u>[1] Ello considerando que "[e]l patrón de dejadez e incumplimiento con nuestras órdenes en la esfera disciplinaria es incompatible con el ejercicio de la abogacía." *In re* <u>Vargas Soto</u>, 146 D.P.R. 55, 62 (1998).

Como señaláramos en <u>Colegio de Abogados de Puerto Rico</u> v. <u>Pizzini Arnott</u>, 157 D.P.R. 182 (2002), el "[d]esatender nuestras órdenes en el curso de un procedimiento disciplinario, revela una gran fisura del buen carácter que debe exhibir todo miembro de la profesión legal." Dicho proceder constituye un acto de indisciplina, desobediencia, displicencia, falta de respeto y contumacia hacia este Tribunal que, definitivamente, <u>no</u> estamos dispuestos a aceptar. Reiteramos que "no toleraremos la incomprensible y obstinada negativa de un miembro de nuestro foro de cumplir con [nuestras] órdenes." *In re* <u>Guemárez Santiago I</u>, 146 D.P.R. 27, 28 (1998); véase, además: *In re* <u>Nicot Santana</u>, 129 D.P.R. 717, 718 (1992).

---

[1] *In re* <u>Pérez Brasa</u>, 155 D.P.R. 813 (2001); *In re* <u>Vázquez Santiago</u>, ante; *In re* <u>Figueroa Carrasquillo</u>, 153 D.P.R. 132 (2001); *In re* <u>López López</u>, 149 D.P.R. 82 (1999); *In re* <u>Vargas Soto</u>, ante; *In re* <u>Ríos Acosta I</u>, 139 D.P.R. 117 (1995); *In re* <u>Pérez Benabe</u>, 133 D.P.R. 361 (1993); *In re* <u>Ribas Dominicci I</u>, 131 D.P.R. 491 (1992); *In re* <u>Nicot Santana</u>, ante.

II

La actitud de dejadez y desidia que ha demostrado el Lcdo. Derrick J. Rodríguez Morales ante la orden emitida por este Tribunal <u>constituye prueba incontrovertible de que éste no interesa continuar siendo miembro de la profesión</u>. Dicho proceder constituye una falta de respeto a este Tribunal que, bajo ningún concepto, estamos dispuestos a tolerar.

Por los fundamentos antes expresados, se decreta la suspensión indefinida e inmediata de Derrick J. Rodríguez Morales del ejercicio de la abogacía y de la notaría en nuestra jurisdicción hasta que otra cosa disponga este Tribunal.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Derrick J. Rodríguez Morales

AB-2006-330

SENTENCIA

San Juan, Puerto Rico, a 11 de enero de 2008

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión inmediata de Derrick J. Rodríguez Morales del ejercicio de la abogacía y de la notaría en nuestra jurisdicción hasta que otra cosa disponga este Tribunal. Asimismo, le imponemos a éste el deber de notificar a todos sus clientes de su inhabilidad de seguir representándolos e informar oportunamente de su suspensión indefinida a los foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes, notificando también al Procurador General.

La Oficina del Alguacil de este Tribunal procederá, de inmediato, a incautarse de la obra y sello notarial de Derrick J. Rodríguez Morales, luego de lo cual los entregará a la Oficina de Inspección de Notarías para su examen e informe a este Tribunal.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo